No. 92–1260. HYBUD EQUIPMENT CORP. ET AL. *v.* SPHERE DRAKE INSURANCE CO., LTD. Sup. Ct. Ohio. Certiorari denied.

No. 92–1263. CHABERT *v.* SOUTHERN PACIFIC TRANSPORTATION CO. C. A. 5th Cir. Certiorari denied.

No. 92–1267. MADISON ET UX. *v.* MAGNA MACHINE CO. C. A. 3d Cir. Certiorari denied.

No. 92–1268. OCHS, PERSONAL REPRESENTATIVE OF THE ESTATE OF OCHS, DECEASED, ET AL. *v.* EASTER. Sup. Ct. Mo. Certiorari denied.

No. 92–1269. MILLER *v.* PENSION PLAN FOR EMPLOYEES OF COASTAL CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1270. ZARSKY *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 92–1272. JIT KIM LIM *v.* CENTRAL DUPAGE HOSPITAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1273. SOUTHVIEW ASSOCIATES, LTD., ET AL. *v.* INDIVIDUAL MEMBERS OF THE VERMONT ENVIRONMENTAL BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1275. DEUTSCH ET AL. *v.* OLADEINDE ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1280. LAWS *v.* WHITE, TRUSTEE OF TOWN BOARD OF ROCKVILLE, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 92–1281. RAMIREZ-LUJAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1282. LUSTER ET AL. *v.* CUSHMAN. C. A. 5th Cir. Certiorari denied.

No. 92–1283. LAHAY *v.* ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS. C. A. 8th Cir. Certiorari denied.